UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW A. RUBLY, Plaintiff, v. MONEYTREE INC., Defendant. | CASE NO. 2:26-cv-01925-TL<br>ORDER ON MOTION FOR SERVICE |

This matter is before the Court on Plaintiff Matthew Rubly's Motion for Service by the United States Marshals ("USMS"). Dkt. No. 9. Plaintiff was granted leave to proceed *in forma pauperis* (Dkt. No. 4), and a proper summons has been issued that provides sufficient information for service to be made (Dkt. No. 8). Accordingly, the Court hereby GRANTS the motion for service of summons by the USMS (Dkt. No. 9), and ORDERS:

(1) The U.S. Marshal Service SHALL personally serve Defendant Moneytree Inc. by delivering the following documents to Defendant:

a. a copy of the Complaint (Dkt. No. 5);

b. a copy of the appropriate Summons;

c. a copy of this Order;

d. two copies of the Notice of Lawsuit and Request for Waiver of Service of Summons;

e. a Waiver of Service of Summons; and

f. a return envelope, postage prepaid, addressed to the Clerk's Office.

(2) Defendant SHALL have **thirty (30) days** from the date of this Order within which to return the enclosed Waiver of Service of Summons. Should Defendant timely return the signed waiver, it SHALL have **sixty (60) days** after the date designated on the notice of lawsuit to file and serve an answer to the complaint or a motion permitted under Rule 12 of the Federal Rules of Civil Procedure. Should Defendant fail to timely return the signed waiver, it will be served with a summons and complaint and SHALL be required to pay the full costs of such service pursuant to Federal Rule of Civil Procedure 4(d)(2).

Dated this 21st day of August, 2026.

Tana Lin
United States District Judge